GARLAND *v.* TOWNE.

The constitutional objection to the use of a referee's report as evidence in a jury trial, under the referee law of 1874, *c.* 97, *s.* 13, was waived, when the referee was appointed by consent of the parties.

CASE, reported in 55 N. H. 55. The cause was committed to a referee, with the consent of the parties, under the referee law of 1874, *c.* 97, *s.* 13. At a subsequent jury trial, the defendant excepted to the admission of the referee's report in evidence. Verdict for the plaintiff : motion of the defendant for a new trial.

*Morrison & Hiland* and *L. W. Clark*, for the plaintiff.

*Cilley, Hunt, Bell*, and *G. Y. Sawyer*, for the defendant.

ALLEN, J.    The defendant, by assenting to the reference, waived the exception now taken. *Deverson* v. *Eastern Railroad, ante*, p. 129 ; *Smith* v. *Fellows, ante*, p. 169.

*Judgment on the verdict.*

STANLEY, BINGHAM, and CLARK, JJ., did not sit.